UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

14 AUG 13 PM 4: 14

| UNITED STATES OF AMERICA, | CASE NO. 13CR4244-BEN |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CAROLINA RIVERA (1), | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

TITLE 8 U.S.C. §1324(a)(2)(B)(iii), TITLE 8 U.S.C. §2.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 4, 2014

Hon. Roger T. Benitez
U.S. District Judge